UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                                      Page    1

MATTHEW D. RESNIK                    Date          05/24/2013     COHEN, STEPHEN
SIMON, RESNIK & HAYES, LLP
510 W. 6TH ST., #1220                Case Number   2:12-bk-34009-WB
LOS ANGELES,CA 90014-                                             7358 BEVERLY BLVD
                                     Bar Date      11/19/2012     LOS ANGELES CA 90036

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee
intends to pay the claims as filed by creditors listed below.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 101-0 | INTERNAL REVENUE SERVICE | 07/17/2012 | 0.00 | 0.00 | | Priorty |
| | P.O. BOX 7317 | | | | | |
| | PHILADELPHIA,PA 19101-7317 | | | | | |
| 401-0 | AMERICAN INFOSOURCE LP | 08/01/2012 | 352.62 | 352.62 | 2.00 | Unsec |
| | MIDLAND FUNDING LLC | | | | | |
| | P.O. BOX 268941 | | | | | |
| | OKLAHOMA CITY,OK 73126-8941 | | | | | |
| 402-0 | AMERICAN INFOSOURCE LP | 08/01/2012 | 15,030.15 | 15,030.15 | 2.00 | Unsec |
| | MIDLAND FUNDING LLC | | | | | |
| | P.O. BOX 268941 | | | | | |
| | OKLAHOMA CITY,OK 73126-8941 | | | | | |
| 403-0 | PORTFOLIO RECOVERY ASSOCIATES | 08/07/2012 | 46,426.79 | 46,426.79 | 2.00 | Unsec |
| | P.O. BOX 12914 | | | | | |
| | NORFOLK,VA 23541- | | | | | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                                    Page    2

In RE:    COHEN, STEPHEN                                Case Number    2:12-bk-34009-WB    5/24/2013

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 404-0 | ECAST SETTLEMENT CORP.<br><br>P.O. BOX 29262<br>NEW YORK,NY 10087-9262 | 08/08/2012 | 31,699.44 | 31,699.44 | 2.00 | Unsec |
| 405-0 | ECAST SETTLEMENT CORP.<br><br>P.O. BOX 29262<br>NEW YORK,NY 10087-9262 | 08/10/2012 | 49,080.64 | 49,080.64 | 2.00 | Unsec |
| 406-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 08/15/2012 | 49,580.44 | 49,580.44 | 2.00 | Unsec |
| 407-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 08/15/2012 | 45,700.71 | 45,700.71 | 2.00 | Unsec |
| 408-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 08/15/2012 | 53,590.68 | 53,960.68 | 2.00 | Unsec |
| 409-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 08/16/2012 | 45,600.59 | 45,600.59 | 2.00 | Unsec |
| 410-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 08/16/2012 | 13,519.55 | 13,519.55 | 2.00 | Unsec |
| 411-0 | ADVANTA BANK CORPORATION<br>C/O RESURGENT CAPITAL SVCS.<br>P.O. BOX 10368<br>GREENVILLE,SC 29603-0368 | 08/21/2012 | 6,366.73 | 6,366.73 | 2.00 | Unsec |
| 412-0 | PORFIRIO MARTINEZ<br><br>434 S. ARDMORE #157<br>LOS ANGELES,CA 90020- | 08/29/2012 | 13,568.64 | 13,568.64 | 2.00 | Unsec |
| 413-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 09/06/2012 | 32,666.82 | 32,666.82 | 2.00 | Unsec |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                                              Page    3

In RE:    COHEN, STEPHEN                                       Case Number    2:12-bk-34009-WB    5/24/2013

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 414-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 10/08/2012 | 54,089.16 | 54,089.16 | 2.00 | Unsec |
| 415-0 | LAW OFFICES OF PATRICIA S. DEP<br><br>1801 CENTURY PARK EAST, #2400<br>LOS ANGELES,CA 90067- | 10/25/2012 | 1,821.03 | 1,821.03 | 2.00 | Unsec |
| 416-0 | PORTFOLIO RECOVERY ASSOCIATES<br><br>P.O. BOX 12914<br>NORFOLK,VA 23541- | 11/05/2012 | 9,650.66 | 9,650.66 | 2.00 | Unsec |
| 417-0 | CEDARS SINAI MEDICAL CENTER<br>C/O SEQUOIA FINANCIAL SERVICES<br>500 N. BRAND BLVD., #1200<br>GLENDALE,CA 91203-1923 | 11/09/2012 | 2,887.67 | 2,887.67 | 2.00 | Unsec |
| 418-0 | MANDARICH LAW GROUP, LLP<br>ATTORNEYS AT LAW<br>6301 OWENSMOUTH AVENUE, SUITE 850<br>WOODLAND HILLS,CA 91367- | | 1.00 | 0.00 | 2.00 | Unsec<br>Not Filed |
| 666-0 | MATTHEW D. RESNIK<br>SIMON, RESNIK & HAYES, LLP<br>510 W. 6TH ST., #1220<br>LOS ANGELES,CA 90014- | 07/11/2012 | 5,000.00 | 5,000.00 | | Legal |
| TRS-0 | NANCY CURRY, TRUSTEE | | 0.00 | 889.79 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 0.00 | 0.00 | 9,440.02 | 889.79 | 4,500.00 | 0.00 |

Total To Be Paid                    14,829.81

The absence of a written objection timely filed with the Court, set for hearing
and properly served is deemed an approval by the debtor of the claims as
listed above.

_____/s/ Nancy Curry, Trustee_____

Continued on Next Page

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action: That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE
and that on  5/24/2013 I served the within NOTICE OF INTENT TO PAY CLAIMS
on:   Debtor and                          Debtors attorney.
by first class mail with postage fully prepaid thereon.

COHEN, STEPHEN                     MATTHEW D. RESNIK
                                   SIMON. RESNIK & HAYES, LLP
7358 BEVERLY BLVD                  510 W. 6TH ST., #1220
LOS ANGELES CA 90036               LOS ANGELES CA 90014-


Executed at Los Angeles, California on 5/24/2013

                              /s/ Elizet Cash-Shelton

Mailer Page - Intentionally Blank

COHEN, STEPHEN

7358 BEVERLY BLVD
LOS ANGELES CA 90036

Mailer Page - Intentionally Blank

MATTHEW D. RESNIK
SIMON, RESNIK & HAYES, LLP
510 W. 6TH ST., #1220
LOS ANGELES,CA 90014-