FILED
AUG 11 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**REQUESTOR'S NAME:** PATRICIA DEPEW

**ADDRESS:** LAW OFFICES OF PATRICIA S. DEPEW, PC

1801 CENTURY PARK EAST, STE 2400, LA, CA 90067

**TELEPHONE NO.:** 310 284 8494

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>COHEN, STEPHEN | CASE NO.: 2:12-BK-34009 WB |
| --- | --- |
| | Chapter  7 _____  11 _____  13 ✓ |
| | **CHANGE OF ADDRESS**<br><br>_____ DEBTOR<br>✓ CREDITOR        **CHECK ONLY ONE** |

(Please print or type)

**NAME:** Law Offices of Patricia S. Depew, P.C.

**NEW MAILING ADDRESS:** 225 South Lake Avenue, 3rd Fl

Pasadena, CA 91101

Phone: 310 284 8494

Dated: 08/03/17

_Signature_

CEO

_Title (Corporation officer, partner or agent)_

**All future notices shall be sent to the above address.**

B-1098
Revised 04/10